```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  JEWELL WAYNE BARBER,          )    NO. ED CV 08-979-ABC(E)
                                  )
12              Petitioner,       )
                                  )
13        v.                      )    JUDGMENT
                                  )
14  J.D. HARTLET, Warden,         )
                                  )
15              Respondent.       )
    _____)
16
17
18        Pursuant to the Order Adopting Findings, Conclusions and
19  Recommendations of United States Magistrate Judge,
20
21        IT IS ADJUDGED that the Petition is denied and dismissed with
22  prejudice.
23
24        DATED: November 07, 2008.
25                                        /s/ Audrey B. Collins
26                                    _____
                                              AUDREY B. COLLINS
27                                       UNITED STATES DISTRICT JUDGE
28
```